**E. C. SIMMONS, Appellant, v. Harry C. WESTOVER, Collector of Internal Revenue, Appellee.**

No. 11973.

United States Court of Appeals Ninth Circuit.

Jan. 27, 1949.

Latham & Watkins, Dana Latham, and Henry C. Diehl, all of Los Angeles, Cal., for appellant.

Theron Lamar Caudle, Asst. Atty. Gen., Ellis N. Slack, Robert N. Anderson, John W. Fisher, and Melva M. Graney, Sp. Assts. to Atty. Gen., and James M. Carter, U. S. Atty., E. H. Mitchell and George M. Bryant, Asst. U. S. Attys., and Eugene Harpole, Sp. Atty. B.I.R., all of Los Angeles, Cal., for appellee.

Before STEPHENS, HEALY, Circuit Judges, and FEE, District Judge.

PER CURIAM.

This court being in agreement with the judgment of the district court herein and with the opinion of District Judge Weinberger published in 76 F.Supp. 442, therefore orders the judgment.

Affirmed.